Motion GRANTED. Hearing reset for 3/26/13 at 2:00 p.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.                  NO. 2:11-cr-00002-022
                         JUDGE TRAUGER

MARCIA PRESS

## MOTION TO CONTINUE HEARING ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

Comes counsel for the defendant Marcia Press to request a continuance of the hearing on the U.S. Probation Office's Petition for Violation of Supervised Release set for March 11, 2013, at 2:00pm, by order of this Court, document number 1371, and would show for grounds would show the following:

1. Undersigned counsel has been advised that Ms. Press is currently in the hospital in Crossville, Tennessee, and cannot appear for the hearing set for today.

2. U.S. Probation Officer Kara Sanders has verified that Ms. Press is in the hospital in Crossville, Tennessee and joins in this request to continue the hearing. AUSA Alex Little has advised that he has no objection to continuing the hearing.

Respectfully submitted,

/s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney for Marcia Press
405 31st Ave N Ste. B
Nashville, Tennessee 37209
(615) 320-1717
DRAKE.COURT@THOMASJDRAKE.COM