IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [22] MARCIA BERNICE PRESS | ) | |

**O R D E R**

A hearing was held on March 26, 2013 on the Superseding Petition to Revoke Supervision. (Docket No. 1438) The defendant pled guilty to all five violations set out in the Superseding Petition, and the court finds those violations **ESTABLISHED**. The parties announced an agreed disposition that was acceptable to the court.

It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and she is sentenced to serve thirty (30) days in the custody of the Bureau of Prisons, to be followed by eighteen (18 months) of supervised release. As an additional term of supervised release, immediately upon being released from custody, she is to report to the Hope Center In-Patient Treatment Program offered through the Rescue Mission, where she will participate for a minimum of 7 months and a maximum of 18 months, to be jointly determined by the treatment program and the Probation Officer. It is further **ORDERED** that the defendant shall self-report to the United States Marshal's Office by 2:00 p.m. on March 27, 2013 to begin service of her custody sentence. If the defendant fails to timely report for her custody sentence or if she is terminated by the Hope Center Program prior to completing it, she will be sentenced, for this additional violation, to the maximum term of custody recommended under the appropriate United States Sentencing Guideline, a sanction to which she has agreed pursuant to this

1

agreement.

It is so **ORDERED**.

ENTER this 26th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge